United States District Court
Northern District of New York

Case No.:  5:11-cv-00620-BKS-ATB
Date:  December 9, 2019
Presiding Judge:  Brenda K. Sannes

[ ] Plaintiff   [X] Defendant   [ ] Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Witness | Remarks | Exhibit Date | Exhibit Description |
|---|---|---|---|---|---|---|
| | | | | | | Volume 1, Article 4 – Rules of Conduct Section 1.00: Professional Standards of Conduct & Ethics |
| | | | | | 1/1/2007 – 12/31/2009 | Labor Agreement between the City of Syracuse and the Civil Service Employee Association, Inc. Local 1000 AFSCME/AFL-CIO City of Syracuse Unit 7801-00 Onondaga Local 834 |
| | | | | | 5/4/2006 | Ticket # 06060 1035 |
| | | | | | 8/17/2007 | Ticket # 07060 1837 |
| | | | | | 10/9/2007 | Discipline issued to M.S. and supporting documents |
| | | | | | 5/16/2008 | Ticket # 08090 0200 |

Exhibits Returned To Counsel (Date): _____

Signature: _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Date | Exhibit Description |
|---|---|---|---|---|---|---|
| | | | | | 7/25/2008 | Ticket # 080300606 |
| | | | | | 7/25/2008 | Ticket # 081101125 |
| | | | | | 9/4/2008 | Discipline Report re: L.G. |
| | | | | | 9/26/2008 9:13 AM | Email from Sweeny re: Parking around the PSB |
| | | | | | 11/19/2008 | Memo – Dotson to Naylor (no subject) |
| | | | | | 11/19/2008 | Memo – Kleist to Sweeny re: CSO Sonia Dotson |
| | | | | | 11/19/2008 | Memo – Naylor to Sweeny re: CSO S. Dotson |
| | | | | | 11/19/2008 | Memo – Russell to Naylor re: Office Incident |
| | | | | | 11/19/2008 | Memo – Calverase to Naylor (no subject) |
| | | | | | 11/19/2008 | Discipline Report re: Sonia Dotson |
| | | | | | 11/21/2008 | Memo - Calverase to Naylor re: 11/19/08 (follow up) |
| | | | | | 11/21/2008 | Memo – Russell to Naylor re: Follow-up, Office Incident |

Exhibits Returned To Counsel (Date): _____

Signature: _____

{H3780936.1}

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Date | Exhibit Description |
|---|---|---|---|---|---|---|
| D-19 | | | | | 1/29/2009 11:34 AM | Email to SPD from Lt. Joseph Sweeny re: Jefferson St. Parking |
| D-20 | | | | | 5/21/2009 | Ticket # 09301597 |
| D-21 | | | | | 11/10/2010 | Ticket # 101107762 |
| D-22 | | | | | 11/10/2010 | Ticket # 101107776 |
| D-23 | | | | | 12/20/2010 | Letter from EEOC Director John E. Thompson, Jr. to Sonia Dotson re: EEOC Charge # 525-2009-00473 |
| D-24 | | | | | 6/10/2013 | Letter from Lt. Jonathan Hamblin to B.E. re: grievance |
| | | | | | 9/27/2017 | Discipline issued to D. G. and supporting documentation |
| | | | | | | |
| | | | | | | |

Exhibits Returned To Counsel (Date): _____

Signature: _____

{H3780936.1}