# HANCOCK ESTABROOK LLP

**LINDSEY HELMER HAZELTON, ESQ.**
DIRECT DIAL: (315) 565-4527
lhazelton@hancocklaw.com

January 3, 2020

**VIA CM/ECF SYSTEM**
Hon. Brenda K. Sannes
U.S. District Judge
United States District Court
North District of New York
100 South Clinton Street
Syracuse, New York 13261

    Re:    Dotson v. City of Syracuse, et al. (" Dotson II ")
               5:11-cv-00620 (BKS/ATB)

Dear Judge Sannes:

    This letter is regarding the Court's request [Dkt 181] for a status report. The parties have an agreement in principal and have been exchanging drafts of settlement agreements, with the most recent draft having been transmitted today.

    Inasmuch as a fully executed agreement is required in order for the City to process check requests, and checks are processed only once per week, we would request an additional 30 days to complete this process (for reporting purposes only), as we expect it to be resolved shortly.

    Respectfully submitted,

**HANCOCK ESTABROOK, LLP**

Lindsey Helmer Hazelton

LHH/sat

cc:    AJ Bosman, Esq. (via ECF)